## CLERK'S COURTROOM MINUTE SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO HEREDIA-CHANG (01), NOEL RIOS-SALAZAR (02), JESUS VILLAVERDE (03), JOSE CERVANTES-VALENZUELA (04), MARTINA CARMONA (05), JESSICA SOLANO (06), DAWN DEMOTTE (07), APRIL PARKS (08), JEREMY YOAKUM (09), GENELLE GLACKIN (10), TAMMY DOMNICK (11), KELLY GRAY (12), MARNIE LYNN (13), CHRISTOPHER MARTENS (14), ROBERT HICKS (15), CHAD HAVILAND (16), JOEL RODRIGUEZ (17), ROBERT RILEY (18), and SAMUEL VANALST (19),<br><br>Defendants. | Case No. 2:23-cr-20048-HLT |

| | |
|---|---|
| **Attorney for Plaintiff:** | Faiza Alhambra |
| **Attorneys for Defendant Heredia-Chang:** | Branden Bell<br>Grant Wille (via telephone) |
| **Attorney for Defendant Rios-Salazar:** | David Guastello |
| **Attorney for Defendant Villaverde:** | Jane Francis |
| **Attorney for Defendant Cervantes-Valenzuela:** | Lisa Nouri |
| **Attorney for Defendant Carmona:** | Keith O'Connor |
| **Attorney for Defendant Solano:** | J. Justin Johnston |
| **Attorney for Defendant Demotte:** | Thomas Bath |
| **Attorney for Defendant Parks:** | Forrest Lowry |
| **Attorney for Defendant Yoakum:** | Branden Smith |
| **Attorney for Defendant Glackin:** | Scott Toth |
| **Attorney for Defendant Domnick:** | Thomas Haney |
| **Attorney for Defendant Gray:** | Angela Keck |
| **Attorney for Defendant Lynn:** | Nikolaus Busch |
| **Attorney for Defendant Martens:** | Jason Hoffman |
| **Attorney for Defendant Hicks:** | James Heathman |
| **Attorney for Defendant Haviland:** | Preston Jones |

**Attorney for Defendant Rodriguez:** Bruce Kips
**Attorney for Defendant Riley:** Jonathan Truesdale
**Attorney for Defendant Vanalst:** John Kerns

| JUDGE: | District Judge Holly L. Teeter | DATE: | 9/17/2024 |
|---|---|---|---|
| CLERK: | Audra Harper | TAPE/REPORTER: | Kristina Scott |
| INTERPRETER: | Rosario Garriga | PROBATION: | n/a |

# STATUS CONFERENCE

Interpreter sworn. Counsel and Defendants appear in person. Defendants Yoakum, Domnick, Lynn, Haviland, Rodriguez, and Riley filed waivers of appearances (Docs. 285 through 290).

The Court takes up the Joint Motion for Designation of Complex Case (Doc. 211) as set forth in the full record. After discussion with the parties, the Court **GRANTS** the motion as to all Defendants and as set forth in the full record.

Defendants' counsel requests a continuance of the status conference for reasons as set forth in the full record. The government does not oppose. The Court **GRANTS** the request.

Status Conference is set for **January 21, 2025, at 9:00 a.m.** in KC Courtroom 463.

Pursuant to the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing the defendants the additional time requested outweigh the best interest of the public and the defendants in a speedy trial.

It is ordered by the Court that **September 17, 2024 to January 21, 2025**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendants in a speedy trial.

Defendants remain in custody or on release as set forth in the full record.