## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DOCKET

**UNITED STATES OF AMERICA**,

*Plaintiff,*

v.                                          Case No. **23-CR-20048-HLT**

**JOSE HEREDIA-CHANG et al.**,

*Defendant.*

_____

## NOTICE OF CHANGE OF ADDRESS
_____

Branden Bell gives notice that his address has changed to:

Branden Bell
The Bell Firm LLC
P.O. Box 126
Lawrence, Kansas 66044
p 785.256.0044
e brandenbell@kansasdefenders.com

Respectfully submitted,

**THE BELL FIRM LLC**

/s/ Branden A. Bell
Branden A. Bell, KS #22618
P.O. Box 126
Lawrence, Kansas 66044
p 785.256.0044
e brandenbell@kansasdefenders.com
*Counsel for Jose Heredia-Chang*

1

**CERTIFICATE OF SERVICE**

I certify that I deposited this waiver in the Court's CM/ECF system, which will distribute notice to the appropriate parties, on March 28, 2025.


/s/ Branden A. Bell